# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHNNY POURCIAU

VERSUS

EARL DEMPSEY PENDARVIS

NO. 2021 CW 0044

APRIL 21, 2021

---

In Re: Earl Dempsey Pendarvis, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 696012.

---

**BEFORE: THERIOT, WOLFE, AND HESTER, JJ.**

   **APPLICATION FOR REHEARING GRANTED IN PART.** The application for rehearing is granted in part in that the case is remanded to the district court to allow the plaintiff thirty days in which to amend his petition to remove the grounds of the exception. If plaintiff is unable to amend his petition to remove the grounds of the exception, the district court shall transfer the action to the 23rd Judicial District Court for the Parish of Ascension. See **Trascher v. Northrop Grumman Ship Systems**, 2010-1287 (La. 9/17/10), 43 So. 3d 961 (per curiam).

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT